Gregory M. Garrison, Esq. SBN 165215
Jason N. Black, Esq. SBN 256261
Grant G. Teeple, Esq. SBN 144760
TEEPLE HALL, LLP
9255 Towne Centre Drive, Suite 500
San Diego, CA 92121
Telephone: (858) 622-7878
Facsimile: (858) 622-0411
E-Mail:   greg@teeplehall.com
          jason@teeplehall.com
          grant@teeplehall.com

Attorneys for Plaintiffs

George J. Tichy, II, Esq. SBN 041146
Michelle R. Barrett, Esq. SBN 197280
Jennifer M. Holly, Esq. SBN 263705
LITTLER MENDELSON, PC
650 California Street, 20th Floor
San Francisco, CA 94108
Telephone: (415) 433-1940
Facsimile: (415) 399-8490
E-Mail:   gtichy@littler.com
          mbarrett@littler.com
          jholly@littler.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| DANIEL VASQUEZ and WAYNE CUTHILL, on their own behalf and on behalf of a class of similarly situated persons pursuant to F.R.C.P. 23 and 23 U.S.C. § 216, and on behalf of the General Public,<br><br>  Plaintiffs,<br><br>vs.<br><br>PANELLA TRUCKING, L.L.C., a California limited liability corporation,<br><br>  Defendant. | Case No. 2:09-CV-02849 JAM KJM<br><br>**STIPULATION TO DISMISS WAYNE CUTHILL'S CLAIMS WITHOUT PREJUDICE AND ORDER THEREON**<br><br><br><br>Judge:      Hon. John A. Mendez<br>Courtroom: 6, 14th Floor<br>Complaint Filed: October 13, 2009<br>Trial Date: No Date Set |

/ / /

/ / /

1

Vasquez, et al. v. Panella Trucking, L.L.C.                              Case No. 2:09-CV-02849 JAM KJM
Stipulation to Dismiss Wayne Cuthill's Claims

PDF created with pdfFactory trial version www.pdffactory.com

THIS JOINT STIPULATION AND PROPOSED ORDER is made by and entered into between Plaintiff Wayne Cuthill and Defendant Panella Trucking, LLC.

WHEREAS, Plaintiff Wayne Cuthill has decided to dismiss his claims against Defendant Panella Trucking, LLC in this action without prejudice.

WHEREFORE, IT IS NOW HEREBY STIPULATED AND AGREED that:

1. The parties, by and through their attorneys, stipulate to dismiss Plaintiff Wayne Cuthill's claims in the above-captioned matter without prejudice.

**IT IS SO STIPULATED**.

DATED: August 10, 2010                TEEPLE HALL, LLP

By:   /s/ *Gregory M. Garrison*
Gregory M. Garrison, Esq.
Jason N. Black, Esq.
Attorneys for Plaintiffs and the Class

DATED: August 9, 2010                 LITTLER MENDELSON, PC

By:   /s/ *Michelle R. Barrett*
Michelle R. Barrett, Esq.
Attorneys for Defendant
PANELLA TRUCKING, L.L.C.

**IT IS SO ORDERED**.

DATED:   August 10, 2010

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge

2

Vasquez, et al. v. Panella Trucking, L.L.C.                Case No. 2:09-CV-02849 JAM KJM
Stipulation to Dismiss Wayne Cuthill's Claims

PDF created with pdfFactory trial version www.pdffactory.com

## ATTESTATION OF CONCURRENCE

I hereby attest that concurrence in the filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing declaration is true and correct to the best of my personal knowledge.

Executed this 10th day of August 2010 in San Diego, California.

By:    */s/ Gregory M. Garrison*
       Gregory M. Garrison
       Attorneys for Plaintiffs

PDF created with pdfFactory trial version www.pdffactory.com