GEORGE J. TICHY, II, Bar No. 041146
MICHELLE R. BARRETT, Bar No. 197280
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490
Email: gtichy@littler.com; mbarrett@littler.com

Attorneys for Defendant
PANELLA TRUCKING, LLC

GREGORY M. GARRISON, Bar No. 165215
JASON N. BLACK, Bar No. 256261
TEEPLE HALL, LLP
9255 Towne Centre Drive, Suite 500
San Diego, CA 92121
Telephone: (858) 622-7878
Email: greg@teeplehall.com; jason@teeplehall.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| DANIEL VASQUEZ and WAYNE CUTHILL, on their own behalf and on behalf of a class of similarly situated persons pursuant to F.R.C.P. 23 and 23 U.S.C. § 216, and on behalf of the General Public,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>PANELLA TRUCKING, L.L.C., a California limited liability corporation,<br><br>　　　Defendant. | Case No.: 2:09-CV-02849 JAM [KJM]<br><br>**JOINT STIPULATION AND ORDER RE REVISED CLASS CERTIFICATION BRIEFING AND/OR PRELIMINARY AND FINAL SETTLEMENT APPROVAL SCHEDULE**<br><br>Judge:　　　　Hon. John A. Mendez<br>Courtroom:　　6, 14th Floor<br>Complaint Filed:　October 13, 2009<br>Trial Date:　　No date set |

Case No. 2:09-CV-02849 JAM [KJM]]

PDF created with pdfFactory trial version www.pdffactory.com

THIS STIPULATION AND PROPOSED REVISED CLASS CERTIFICATION BRIEFING AND/OR PRELIMINARY AND FINAL SETTLEMENT APPROVAL SCHEDULE ORDER is made by and entered into between Plaintiffs Daniel Vasquez ("Plaintiff") and Defendant Panella Trucking, LLC ("Defendant").

WHEREAS, the parties had previously agreed to explore the possibility of settlement in this case;

WHEREAS, the parties have engaged in extensive settlement discussions and negotiations and have agreed in principal as to the elements of a settlement between the parties;

WHEREAS, counsel for the parties are currently finalizing the written settlement agreement and are awaiting final signatures on the settlement agreement;

WHEREAS, the parties have agreed that it is necessary to preserve Plaintiff's and the putative class' right to seek certification from the Court in this matter should the parties' agreement to settle this matter fail or be rejected in whole or in part by this Court; and

WHEREAS, the parties have conferred and believe that an extension of the deadlines set forth in the Court's November 23, 2010 Order re Extension of Class Briefing Schedule (Docket No. 33) is reasonable and necessary to provide the parties with adequate time either: (a) to obtain both preliminary and final approval of the parties' agreed upon settlement or (b) to determine that the parties' settlement has been rejected in whole or in part by this Court and for Plaintiffs to then seek class certification of the matter;

WHEREFORE, IT IS NOW HEREBY STIPULATED AND AGREED that:

1. The parties shall file jointly their request for the Court's preliminary approval of the parties' settlement by no later than April 20, 2011;

2. Any preliminary settlement approval hearing deemed necessary by the Court shall occur on May 18, 2011 at 9:30 a.m.;

3. Any final settlement approval hearing shall occur by August 17, 2011 at 9:30 a.m.; and

4. Should the parties' request for preliminary or final approval of the parties' settlement in this case be rejected, the Court will set deadlines for class certification briefing at least four (4) months after the entry of any order denying the parties' request for approval of the settlement

STIPULATION AND [PROPOSED] REVISED CLASS BRIEFING SCHEDULE ORDER     1.     Case No. 2:09-CV-02849 JAM [KJM]

PDF created with pdfFactory trial version www.pdffactory.com

1  reached between the parties.

2      5. This Stipulation and Order is subject to revocation and modification by order of the

3  Court, upon written stipulation of the parties, or upon motion and reasonable notice.

4  **IT IS SO STIPULATED:**

6  DATED: April 6, 2011                            Littler Mendelson, P.C.

8                                                BY */s/ Michelle R. Barrett*
                                                      MICHELLE R. BARRETT

9                                            Attorneys for Defendant
                                          PANELLA TRUCKING, LLC

10 DATED: April 6, 2011                            Teeple Hall, LLP

13                                                       BY */s/ Jason N. Black*
                                                      JASON N. BLACK

14                                           Attorneys for Plaintiffs

17 **IT IS SO ORDERED.**

19 DATED: April 6, 2011

20                                           /s/ John A. Mendez
                                          THE HONORABLE JOHN A. MENDEZ
                                          U.S. DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com

## ATTESTATION OF CONCURRENCE

I hereby attest that concurrence in the filing of this document has been obtained from each of the signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing declaration is true and correct to the best of my personal knowledge.

Executed this 6th day of April, 2011 in San Francisco, California.

BY  /s/ Michelle R. Barrett
MICHELLE R. BARRETT

Attorneys for Defendant
PANELLA TRUCKING, LLC

PDF created with pdfFactory trial version www.pdffactory.com