GEORGE J. TICHY, II, Bar No. 041146
MICHELLE R. BARRETT, Bar No. 197280
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:     415.433.1940
Facsimile:      415.399.8490
Email:  gtichy@littler.com; mbarrett@littler.com

Attorneys for Defendant
PANELLA TRUCKING, LLC

GREGORY M. GARRISON, Bar No. 165215
JASON N. BLACK, Bar No. 256261
TEEPLE HALL, LLP
9255 Towne Centre Drive, Suite 500
San Diego, CA  92121
Telephone: (858) 622-7878
Email:  greg@teeplehall.com; jason@teeplehall.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| DANIEL VASQUEZ and WAYNE CUTHILL, on their own behalf and on behalf of a class of similarly situated persons pursuant to F.R.C.P. 23 and 23 U.S.C. § 216, and on behalf of the General Public,<br><br>Plaintiffs,<br><br>vs.<br><br>PANELLA TRUCKING, L.L.C., a California limited liability corporation,<br><br>Defendant. | Case No.:  2:09-CV-02849 JAM [KJM]<br><br>**JOINT STIPULATION AND ORDER RE NOTICE OF SIGNED SETTLEMENT AND REQUEST FOR COURT TO SET A PRELIMINARY SETTLEMENT APPROVAL HEARING AND BRIEFING SCHEDULE**<br><br>Judge:             Hon. John A. Mendez<br>Courtroom:      6, 14th Floor<br>Complaint Filed: October 13, 2009<br>Trial Date:         No date set |

THIS JOINT STIPULATION AND PROPOSED ORDER REGARDING NOTICE OF A SIGNED SETTLEMENT AGREEMENT AND REQUEST FOR THE COURT TO SET A PRELIMINARY SETTLEMENT APPROVAL HEARING AND BRIEFING SCHEDULE is made by and entered into between Plaintiffs Daniel Vasquez ("Plaintiff") and Defendant Panella Trucking, LLC ("Defendant").

Case No. 2:09-CV-02849 JAM [KJM]]

1  WHEREAS, the parties have concluded settlement negotiations and signed a Joint
2  Stipulation of Settlement Agreement with Exhibits 1 and 2 ("Joint Stipulation of Settlement"), which
3  is attached hereto as Exhibit A;

4  WHEREAS, the parties wish for the Court to set a hearing date for a hearing on a motion for
5  preliminary approval of the parties' settlement and to also set a briefing schedule for such motion;

6  WHEREFORE, IT IS NOW HEREBY STIPULATED AND AGREED that:

7  1. The parties have attached the Joint Stipulation of Settlement as notice to the Court of the
8  parties' intention to settle this case;

9  2. The deadlines set for submitting a motion for preliminary settlement approval, a hearing
10 for preliminary approval of settlement, and a hearing on final settlement approval in the Court's
11 Order re Revised Class Certification Briefing and/or Preliminary and Final Settlement Approval
12 Schedule dated April 6, 2007 [Docket Document #36] are hereby vacated;

13 3. The Court shall set the preliminary settlement approval hearing to occur on June 1, 2011
14 at 9:30 a.m. or a date and/or time thereafter to be set by the Court;

15 4. The parties shall submit a joint motion requesting preliminary approval of the settlement
16 by no later than May 4, 2011.

17 5. This Stipulation and Order is subject to revocation and modification by order of the
18 Court, upon written stipulation of the parties, or upon motion and reasonable notice.

19 **IT IS SO STIPULATED:**

20
21 DATED: April 20, 2011                    Littler Mendelson, P.C.
22
23                                         BY  */s/ Michelle R. Barrett*
                                              MICHELLE R. BARRETT
24                                         Attorneys for Defendant
25                                         PANELLA TRUCKING, LLC

STIPULATION AND [PROPOSED] ORDER
RE NOTICE OF SETTLEMENT AND NEW          2.          Case No. 2:09-CV-02849 JAM [KJM]
PRELIMINARY APPROVAL

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| DATED: April 20, 2011 | Teeple Hall, LLP |

BY */s/ Jason N. Black*
    JASON N. BLACK

Attorneys for Plaintiffs

**IT IS SO ORDERED.**

DATED: 4/21/2011

    /s/ John A. Mendez
    THE HONORABLE JOHN A. MENDEZ
    U.S. DISTRICT COURT JUDGE

---

STIPULATION AND [PROPOSED] ORDER
RE NOTICE OF SETTLEMENT AND NEW     3.     Case No. 2:09-CV-02849 JAM [KJM]
PRELIMINARY APPROVAL

PDF created with pdfFactory trial version www.pdffactory.com

## ATTESTATION OF CONCURRENCE

I hereby attest that concurrence in the filing of this document has been obtained from each of the signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing declaration is true and correct to the best of my personal knowledge.

Executed this 20th day of April, 2011 in San Francisco, California.

BY  /s/ Michelle R. Barrett
MICHELLE R. BARRETT

Attorneys for Defendant
PANELLA TRUCKING, LLC