GREGORY M. GARRISON, Bar No. 165215
JASON N. BLACK, Bar No. 256261
TEEPLE HALL, LLP
9255 Towne Centre Drive, Suite 500
San Diego, CA 92121
Telephone: (858) 622-7878
Email: greg@teeplehall.com; jason@teeplehall.com

Attorneys for Plaintiffs

GEORGE J. TICHY, II, Bar No. 041146
MICHELLE R. BARRETT, Bar No. 197280
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone:    415.433.1940
Facsimile:    415.399.8490
Email: gtichy@littler.com; mbarrett@littler.com

Attorneys for Defendant
PANELLA TRUCKING, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO

| | |
|---|---|
| DANIEL VASQUEZ and WAYNE CUTHILL, on their own behalf and on behalf of a class of similarly situated persons pursuant to F.R.C.P. 23 and 23 U.S.C. § 216, and on behalf of the General Public,<br><br>Plaintiffs,<br><br>vs.<br><br>PANELLA TRUCKING, L.L.C., a California limited liability corporation,<br><br>Defendant. | Case No.: 2:09-CV-02849 JAM [KJM]<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT MOTION FOR CERTIFICATION OF SETTLEMENT CLASS AND PRELIMINARY APPROVAL OF SETTLEMENT<br><br>Judge:           Hon. John A. Mendez<br>Courtroom:    6, 14th Floor<br>Hearing Date: June 1, 2011<br>Hearting Time: 9:30 a.m.<br><br>Complaint Filed: October 13, 2009<br>Trial Date:          No date set |

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

Plaintiffs' joint motion for class certification and preliminary approval of the class action settlement ~~came before~~ *was presented to* this Court, Hon. John A. Mendez presiding, on June 1, 2011. The Court, having considered the papers submitted in support of the application of the parties, HEREBY ORDERS THE FOLLOWING:

1.  The Court grants preliminary approval of the Settlement and Settlement Class based upon the terms set forth in the Joint Stipulation of Settlement ("Settlement Agreement"), attached to the Notice of Motion and Motion as Exhibit "A". The Settlement appears to be fair, adequate and reasonable to the Class.

2.  The Settlement falls within the range of reasonableness and appears to be presumptively valid, subject only to any objections that may be raised at the final fairness hearing and final approval by this Court.

3.  A final fairness hearing on the question of whether the proposed Settlement, attorneys' fees to Class Counsel, and the Class Representative's enhancement payment should be finally approved as fair, reasonable and adequate as to the members of the Class is scheduled for *March 21, 2012* in the Courtroom of the Hon. John A. Mendez.

4.  The Court approves, as to form and content, the Notice of Class Action Settlement ("Notice") attached to the Notice of Motion and Motion as Exhibit "A" (1) and the Claim Form in substantially the form attached thereto as Exhibit A (2). The Court approves the procedure for Class Members to participate in, to opt out of, and to object to the Settlement as set forth in the Notice.

5.  The Court directs the mailing of the Notice and the Claim Form by first-class mail to the Class Members in accordance with the Implementation Schedule set forth below. Notices and Claim Forms returned to the Class Counsel, who shall act as the Class Administrator, as non-delivered during the seventy-five (75) calendar day period for the filing of claims shall be resent to the forwarding address, if any, on the returned envelope. If the resent envelope is returned unopened, Class Counsel shall attempt to ascertain the correct address through one reasonable attempt to locate the Class Member. The Court finds the dates selected for the mailing and distribution of the Notice and the Claim Form as set forth in the Implementation Schedule, meet the

requirements of due process and provide the best notice practicable under the circumstances and shall constitute due and sufficient notice to all persons entitled thereto.

6. It is ordered that the Settlement Class is preliminary certified for settlement purposes only.

7. The Court confirms Gregory M. Garrison and Jason N. Black of Teeple Hall, LLP as Class Counsel for purposes of settlement only.

8. The Court also confirms Teeple Hall, LLP as the Claims Administrator.

9. The Court orders the following Implementation Schedule for further proceedings:

| | |
|---|---|
| Deadline for Defendant to provide Class Counsel with the following information for each Class Member: (i) name, last-known address and social security number, if available to Defendant; and (ii) the settlement amount due to each potential Class Member, as previously agreed by the Parties. | Thirty (30) calendar days following the date of entry of the Court's Order Granting Preliminary Approval of this Joint Stipulation of Settlement. |
| Deadline for Claims Administrator to Mail the Notice and Claim Form to Class Members | Fifteen (15) calendar days after Class Counsel receives the information set forth above. |
| Deadline for Class Members to Postmark Claim Forms. | The "Claims Deadline" shall be seventy-five (75) calendar days after the initial mailing of the Claim Form. |
| Deadline for Class Members to Request Exclusion from the Class (opt out) and serve written objections to the Settlement. | Forty-five (45) Days after Notice of Proposed Class Action Settlement and Claim Form is mailed by the Claims Administrator. |
| Deadline for Class Counsel to file Motion for Final Approval of Settlement, Motion for Attorneys' Fees, Costs, and Enhancement Award. | Two weeks prior to the date set by the Court for the final Fairness Hearing. |

| Final Fairness Hearing and Final Approval. | March 21, 2012 JAM C 9:30 AM |
|---|---|

10. Pending final approval of the settlement, the Court hereby ENJOINS any Class Member, whether acting directly, in a representative capacity, or in any other capacity, and whether or not any such Class Member has appeared in the litigation, from asserting, instituting or prosecuting in any capacity in any Court or governmental agency any claims released in the settlement against Defendant or against any other parties released by the settlement.

IT IS SO ORDERED

Dated: June 2, 2011 JAM

_____
Hon. John A. Mendez
Judge of the United States District Court

---